### SIMS *v.* PRICE.

FISH, P. J. Distress for rent will lie only where the relation of landlord and tenant exists between the parties. *Cohen* v. *Broughton*, 54 *Ga.* 296; *Lathrop* v. *Standard Oil Co.*, 83 *Ga.* 307. Where the entry is under one holding adversely to another, the latter is not the landlord of the tenant. See Civil Code, § 3116.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Argued April 21.—Decided May 15, 1905.

Distress warrant. Before Judge Henry. Floyd superior court. September 9, 1904.

*Henry Walker*, for plaintiff. *M. B. Eubanks*, for defendant.

---

### HENRY *v.* LEET.

FISH, P. J. The action was on a promissory note given by the defendant for the purchase-money of land. One of the pleas was that the plaintiff had failed to put the defendant in possession of a specified portion of the land, according to contract. The rental value of such portion was proved, and there was evidence for defendant tending to support this plea. *Held*, that it was error to direct a verdict for the plaintiff as against this plea.

*Judgment reversed. All the Justices concur, except Candler, J., absent.*

Argued April 22,—Decided May 15, 1905.

Complaint. Before Judge Henry. Chattooga superior court. January 5, 1905.

*Bale & Shaw* and *J. M. Bellah*, for plaintiff in error.
*R. M. W. Glenn* and *F. W. Copeland*, contra.